UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

EZEQUIEL ESPINOSA-JIMENEZ                    MOVANT/DEFENDANT

v.                                                            CIVIL ACTION NO. 3:07CV-16-S
                                                              CRIMINAL ACTION NO. 3:03CR-92-S

UNITED STATES OF AMERICA                    RESPONDENT/PLAINTIFF

**MEMORANDUM OPINION AND ORDER**

This matter is before the court for review of the Findings of Fact, Conclusions of Law, and Recommendation of the magistrate judge pursuant to 28 U.S.C. § 236(b)(1)(B).

In a very detailed and comprehensive report, the magistrate judge has recommended that the motion pursuant to 28 U.S.C. § 2255 to alter, vacate, or amend the judgment be denied with prejudice. The magistrate judge further recommended that a certificate of appealability issue as to the claim of ineffective assistance of counsel.

The petitioner has filed no objections.

The only objections filed were those of the United States.

The United States takes no exception to the magistrate judge's recommendation that the petitioner's motion be denied with prejudice. Rather, the United States takes issue with the recommendation that a certificate of appealability issue pursuant to 28 U.S.C. § 2253(c)(3).

By separate order, the court has granted the motion of the United States to expand the record, which in turn permits the court consider the affidavit of petitioner's counsel, James A. Earhart, Esq. In his affidavit, Mr. Earhart indicates that he did not pursue a challenge to the application of the Sentencing Guidelines to the sentencing determination, otherwise known as a *Booker* challenge pursuant to *United States v. Booker*, 543 U.S. 220 (2005), as a matter of strategy and out of concern that his client, the

petitioner, might have faced a greater sentence under a *Booker* resentencing. For that reason, Mr. Earhart indicated that he did not bring the matter to the attention of the United States Court of Appeals for the Sixth Circuit while the petitioner's appeal was pending. The magistrate judge's report alluded to the possibility of such a strategy, but the magistrate judge had no concrete information at the time the report was prepared. The expansion of the record now fills in that point, and convinces the district court that the magistrate judge's report is substantively sound, but that the petitioner has not made a substantial showing of the possible denial of his constitutional right of effective assistance of counsel. Accordingly, the court will reject the recommendation of the magistrate to grant a certificate of appealability.

The court having made a *de novo* determination of those portions of the magistrate judge's report to which objection was made, and for the reasons set forth hereinabove, **IT IS HEREBY ORDERED** that the Findings of Fact, Conclusions of Law, and Recommendation of the magistrate judge may be and the same are hereby **ACCEPTED**. The motion of the defendant to alter, vacate, or amend the judgment filed pursuant to 28 U.S.C. § 2255 may be and the same is hereby **DENIED WITH PREJUDICE** for the reasons set forth in the report of the magistrate judge. **IT IS FURTHER ORDERED**, pursuant to 28 U.S.C. § 2253(c)(3), that a certificate of appealability may be and the same is hereby **DENIED**, it being the opinion of the court that the petitioner has not made a substantial showing of the denial of a constitutional right. Inasmuch as an appeal herein would be frivolous, leave to appeal *in forma pauperis* is **DENIED**.

Dated:

cc: Counsel of Record